1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GONZALO R. GONZALES,                    )    No. C 07-5344 JSW (PR)
                                        )
                  Petitioner,           )
                                        )    **ORDER OF TRANSFER**
     vs.                                )
                                        )
R. J. SUBIA, Warden,                    )
                                        )
                  Respondent.           )
_____)

     Petitioner is a state prisoner currently incarcerated at Mule Creek State Prison, located in Ione, California, within the venue of the United States District Court for the Eastern District of California.  On October 19, 2007, Petitioner filed this petition regarding the denial of parole.  A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).  Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice.  *See id.*  However, if the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

     Petitioner's claims are directed to the execution of sentence, in that they involve a parole proceeding.  Therefore, this Court will transfer this action to the United States District Court for the Eastern District of California.  Accordingly, IT IS ORDERED in

the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be
TRANSFERRED to the United States District Court for the Eastern District of
California.  The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED:October 30, 2007

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GONZALO R. GONZALES,

           Plaintiff,

  v.

R.J. SUBIA et al,

           Defendant.

_____/

Case Number: CV07-05344 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gonzalo R. Gonzales
C74420
M.C.S.P.
P.O. Box 409020
Ione, CA 95640

Dated: October 30, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk